# UNITED STATES BANKRUPTCY COURT
# TRANSMITTAL SHEET TO UNITED STATES DISTRICT COURT

Transmitted by: Laurie Arter   Phone Number: 301–344–3327   Date: 7/20/26

### *BANKRUPTCY MATTER (answer only one):*

☑ 1. Appeal      ☐ Cross Appeal (if applicable)   Appellant's Designation of Record included:   ☐ yes   ☑ no

　　　☑ Initial Transmittal

　　　☐ Transmittal of Record on Appeal (USDC Case No.)

　　　☐ Supplemental Transmittal (reason: )

☐ 2. Motion/Request for Direct Appeal to 4th Circuit USCA

☐ 3. Motion for Leave to Appeal (Interlocutory Appeal)

☐ 4. Motion for Withdrawal of Reference

☐ 5. Findings of Fact and Conclusions of Law (No Objections)

☐ 6. Findings of Fact and Conclusions of Law with Objection

☐ 7. Contempt

☐ 8. Other:

### *RELATED CASE INFORMATION (answer all):*

1. Bankruptcy Case Number: 15–26033   Chapter: 7
2. Adversary Proceeding Number (if applicable): 24–00007
3. U.S. Bankruptcy Judge: Maria Ellena Chavez–Ruark
4. Related U.S. District Court Civil Action Number (if applicable): 8:26–cv–02204–DLB; 22–cv–00778–GJH; 26cv02175TDC; 26cv02541PX
5. Fee Paid:   ☐ yes   ☑ no

6. Additional comments: Deficiency Notice issued for missing filing fee at USBC docket entry [151]

### *PARTY INFORMATION (answer all):*

1. Debtor: Gregory B Myers
2. Trustee (if applicable): n/a

Appellant/Movant: Gregory B Myers

Appellant/Movant's Counsel: pro set

Appellee/Respondent: Roger Schlossberg, Brian King, Cristina King, Cristina and Brian King Children's Truste

Appellee/Respondent's Counsel: Frank J Mastro, Maurice B. VerStandig

transmdc (07/28/2015) – *LaurieArter*