

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court

Reply to Southern Division Address                 David E. Ciambruschini, Chief Deputy

July 23, 2026

RE:   Myers v. Schlossberg et al
      TDC 26-cv-2866
      15-26033/24-00007

Dear Counsel/Party:

The above-captioned bankruptcy appeal was docketed on July 23, 2026.

The case is subject to this Court's electronic filing requirements and procedures.

☒        One or more of the parties in this case is not represented by counsel ("*pro se*"). *Pro se*
         parties are to file and serve documents in paper format. The court will scan and
         electronically file any documents submitted by a *pro se* party unless a particular
         document is exempt from electronic filing. The scanned document shall constitute the
         official court record. The court will mail paper copies of any orders or other documents
         entered by the court to any *pro se* party. Counsel shall file electronically with the court
         and serve paper copies of all documents on any *pro se* party. Documents filed
         electronically must include a certificate of service stating when and how a paper copy
         was served on any *pro se* party.

                                     Sincerely yours,

                                     _____/s/_____
                                     Catherine M. Stavlas, Clerk

cc:   All counsel/parties

Bankruptcy Letter to Counsel (Rev. 04/2015)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**