**CLERK, UNITED STATES DISTRICT COURT**
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

BALTIMORE MD 212

28 JUL 2026  PM 2  L

$0.78
US POSTAGE IMI
FIRST-CLASS
063S0001443189
FROM 21201

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                      DEPUTY

AUG 1 0 2026

____ FILED
____ LOGGED ____ RECEIVED

Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, FL 34102

NIXIE        339    7E 1         0208/06/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UTF

BC: 21201260599      *0527-00832-28-45

FILED _____ ENTERED
_____ RECEIVED

AUG 1 0 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY