Label Matrix for local noticing
0416-0
Case 15-26033
District of Maryland
Greenbelt
Sun Feb 5 07:50:31 EST 2023

6789 Goldsboro LLC
c/o Susan J. Klein, Esquire
Gordon Feinblatt LLC
233 East Redwood Street
Baltimore, MD 21202-3332

6789 Goldsboro LLC
3925 Beech Avenue
Baltimore, MD 21211-2200

Bank of America National Association
Attn: Jason Perkins, Esquire
Carlton Fields Jorden Burt
450 S. Orange Avenue, Suite 500
Orlando, FL 32801-3370

Bank of America Represented by:
Samuel I White, P.C.
611 Rockville Pike
Suite 100
Rockville, MD 20852-1178

Bank of America, N.A.
Treanor Pope & Hughes, P.A.
500 York Road
Towson, MD 21204-5103

Bank of America, N.A.
Wells Fargo Bank, N.A.
Attention: Bankruptcy Department (MAC#D
3476 Stateview Boulevard
Fort Mill, SC 29715-7203

Virginia W. Barnhart
Womble Bond Dickinson (US) LLP
100 Light Street
26th Floor
Baltimore, MD 21202-1153

Hugh M. (UST) Bernstein
Office of U.S. Trustee
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201-2668

(p)U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

Kristine D Brown
Shapiro & Brown, LLP
10021 Balls Ford Road
Suite 200
Manassas, VA 20109-2666

Carlton Fields Jorden Burt
Attn: Jason Perkins, Esquire
450 S. Orange Avenue
Orlando, FL 32801-3383

Cheffy Passidomo
821 Fifth Avenue South
Suite 201
Naples, FL 34102-6621

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
301 W PRESTON ST ROOM 409
BALTIMORE MD 21201-2383

Crew & Crew, P.A.
238 Miracle Strip Parkway, SW
Fort Walton Beach, FL 32548-6619

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Bradford F. Englander
Whiteford Taylor & Preston, LLP
3190 Fairview Park
Suite 800
Falls Church, VA 22042-4558

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

Christopher C. Fogleman
Gleason, Flynn, Emig, Fogleman & McAfee,
11 North Washington Street
Suite 400
Rockville, MD 20850-4278

Leah Christina Freedman
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852-3813

Daniel A. Glass
Eckert Seamans Cherin & Mellott
1717 Pennsylvania Avenue, NW
12th Floor
Washington, dc 20006-4614

Gleason, Flynn, Emig & Fogleman, Charter
Attn: Christopher Fogleman, Esq.
11 North Washington Street, Suite 400
Rockville, MD 20850-4278

Gleason, Flynn, Emig & Fogleman, Chartered
c/o Christopher C. Fogleman, Esquire
11 North Washington Street, Suite 400
Rockville, MD 20850-4278

H. Jason Gold
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW
Suite 900
Washington, DC 20001-2133

Steven L. Goldberg
McNamee Hosea et al.
6411 Ivy Lane
Suite 200
Greenbelt, MD 20770-1405

Hunter Harman
Berkshire Hathaway Home Services
Beach Properties of FL
2063 Highway 395 South
Santa Rosa Beach, FL 32459-7191

(p)IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 1000
JERSEY CITY NJ 07302-3836

JPMorgan Chase Bank, National Association
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW
Suite 900
Washington, DC 20001-2133

Joan C. Myers
13428 Cleveland Drive
Rockville, MD 20850-3603

Gregory P. Johnson
Offit Kurman, P.A.
8850 Stanford Boulevard
Suite 2900
Columbia, MD 21045-4793

Barbara Ann Kelly
4505 Wetherill Rd.
Bethesda, MD 20816-1836

Kenwood Country Club
5601 River Road
Bethesda, MD 20816-1299

Kenwood Golf and Country Club
c/o Stephen F. Allen, Esq.
301 S. Frederick Avenue
Gaithersburg, MD 20877-2327

Susan J. Klein
Friedman, Framme & Thrush, P.A.
10461 Mill Run Circle, Ste. 550
Owings Mills, MD 21117-5555

Lynn A. Kohen
U.S. Trustee Office
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

Kimberly Brooke Lane
2021 Meadowview Ln.
Kingsport, TN 37660-7468

Richard Edwin Lear
Holland and Knight LLP
800 17th Street NW
Ste. 1100
Washington, DC 20006-3962

Mandell Menkes LLC
One North Franklin Street
Suite 3600
Chicago, IL 60606-3493

Frank J. Mastro
Schlossberg Mastro & Scanlan
P.O. Box 2067
Hagerstown, MD 21742-2067

McNamee Hosea Jernigan Kim Greenan & Lynch,
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770-1405

McNamee, Hosea, Jernigan, Kim, Greenan & Lyn
6411 Ivy Lane
Suite 200
Greenbelt, MD 20770-1405

Michael K. Myers & Susan R. Myers
7728 Lee Avenue
Alexandria, VA 22308-1003

Valerie P. Morrison
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, N.W.
Suite 900
Washington, DC 20001-2133

Gregory B Myers
700 Gulf Shore Boulevard North
Naples, FL 34102-5325

Michael K. Myers
7728 Lee Avenue
Alexandria, VA 22308-1003

Navy Federal Credit Union
Herbert A. Rosenthal, Chartered
5101 Wisconsin Avenue, NW
Suite 210
Washington, DC 20016-4137

Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119-3000

Offit Kurman, P.A.
c/o James M. Hoffman, Esquire
4800 Montgomery Lane
9th Floor
Bethesda, MD 20814-3429

Offit Kurman, P.A.
Attn: Miller John Poppleton, Esquire
8171 Maple Lawn Boulevard, Suite 200
Fulton, MD 20759-0001

Offit Kurman, P.A.
James M. Hoffman, Esq.
4800 Montgomery Ln 9th Fl
Bethesda, MD 20814-3429

Craig Palik
McNamee Hosea PA
6411 Ivy Lane
Suite 200
Greenbelt, MD 20770-1405

Daniel J. Pesachowitz
Samuel I. White PC.
6100 Executive Blvd.
Suite 400
Rockville, MD 20852-3959

Regions Bank
1900 Fifth Street
Birmingham, AL 35203-2670

Regions Bank
PO Box 216
Birmingham, AL 35201-0216

Regions Bank
Peter P. Hargitai, Esquire
Andrew J. Steif, Esquire
50 North Laura Street, Suite 3900
Jacksonville, FL 32202-3622

Douglas B. Riley
Baldwin Seraina LLC
111 S. Calvert Street
Suite 1805
Baltimore, MD 21202-6193

John Allen Roberts
Semmes, Bowen & Semmes, P.C.
25 South Charles Street, Suite 1400
Baltimore, MD 21201-2400

Roger Schlossberg
18421 Henson Boulevard
Suite 201
Hagerstown, MD 21742-1392

Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067

Seaside III Neighborhood Association,Inc
Attn: Seaside Town Council Inc.
P.O. Box 4957
Santa Rosa Beach, FL 32459-4957

Secretary of the Treasury
15th and Pennsylvania Ave., N.W.
Washington, DC 20220-0001

Select Portfolio Servicing, Inc.
C/O McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707-4808

Serv Trust
3158 Bravertown Street
Suite 206
Edgewater, MD 21037-2672

Specialized Loan Servicing, LLC
as Servicing Agent for Credit Suisse Fir
Luke Anthony McQueen
SIWPC
6100 Executive Blvd Ste. 400
Rockville, MD 20852-3959

Andrew Leonard Spivack
302 Fellowship Road
Suite 130
Mount Laurel, NJ 08054-1218

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

SunTrust Bank
Randa S. Azzam
Samuel I. White, P.C.
611 Rockville Pike, Suite 100
Rockville, MD 20852-1178

SunTrust Mortgage, Inc.
c/o McCalla Raymer Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

Susan J. Klein, Esq.
Gordon Feinblatt LLC
233 East Redwood Street
Baltimore, MD 21202-3332

(p)YUMKAS VIDMAR SWEENEY & MULRENIN LLC
11825 WEST MARKET PLACE
2ND FLOOR
FULTON MD 20759-2592

Taxing Authority of Montgomery County
Division of Treasury
255 Rockville Pike, Ste. L-15
Rockville, MD 20850-4188

Tenants by the Entirety
Roger Charles Simmons
Gordon & Simmons, LLC
1050 Key Parkway, Suite 101
Frederick, MD 21702-4496

The Guardian Life Insurance Company of Ameri
c/o John AllenRoberts, Esquire
Semmes, Bowen & Semmes, P.C.
25 S. Charles Street, Suite 1400
Baltimore, MD 21201-2400

U.S. BANK NA.
SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA
James Gordon Bell
BWW Law Group
6003 Executive Blvd., Suite 101
Rockville, MD 20852-3813

U.S. Bank
as successor trustee to Bank of America
Daniel A. Glass
Eckert Seamans Cherin & Mellott
1717 Pennsylvania Ave., NW 12th Fl.
Washington, DC 20006-4614

U.S. Bank NA
Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

U.S. Bank National Association
as Trustee and Wells Fargo Bank, N.A., t
c/o Douglas B. Riley, Esquire
Treanor Pope & Hughes, P.A.
500 York Road
Towson, MD 21204-5103

U.S. Bank National Association
as Trustee for Credit Suisse First Bosto
Douglas B. Riley
Treanor Pope & Hughes, P.A.
500 York Road
Towson, MD 21204-5103

U.S. Bank National Association
as Trustee for Credit Suisse First Bosto
Robyn Anne McQuillen
Shapiro & Brown, LLP
10021 Balls Ford Road, Suite 200
Manassas, VA 20109-2666

U.S. Bank National Association
as Trustee for Credit Suisse First Bosto
Shapiro & Brown, LLP
10021 Balls Ford Road, Suite 200
Manassas, VA 20109-2666

U.S. Bank National Association, as Trustee
America's Servicing Company
Attention: Bankruptcy Department (MAC#D
3476 Stateview Boulevard
Fort Mill, SC 29715-7203

U.S. Bank, NA, successor trustee to BANA, su
c/o Select Portfolio Servicing, Inc.
PO Box 65250, Salt Lake City, Utah 84165

U.S. Bank, as success trustee to BANA, succe
c/c Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, Utah 84165-0250

U.S. Trustee
6305 Ivy Lane #600
Greenbelt, MD 20770-6305

US Bank NA, as Trustee
c/o Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

US Bank National Association as Trustee
for Credit Suisse First Boston CSFB 2005
Carlton Fields Jorden Burt
450 S. Orange Avenue, Suite 500
Orlando, FL 32801-3370

US Bank National Association, as Trustee
c/o ASC Servicing Company
P.O. Box 10335
Des Moines, IA 50306-0335

US Trustee - Greenbelt 11
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

Diana Carolina Valle
The Valle Law Firm, LLC
3 Bethesda Metro Center
Ste 700
Bethesda, MD 20814-6300

Joshua Welborn
312 Marshall Ave, Suite 800
Laurel, MD 20707-4808

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Branch of Reorganization
Sec. & Exch. Commission
3475 Lenox Road NE (Suite 1000)
Atlanta, GA 30327-1232

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201

IPFS Corporation
30 Montgomery Street
Suite 1000
Jersey City, NJ 07302

(d)IPFS Corporation
30 Montgomery Street
Suite 1000
Jersey City, NJ 07302

Paul Sweeney
Yumkas, Vidmar, Sweeney & Mulrenin, LLC
11825 West Market Place, 2nd Floor
Fulton, MD 20759

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)6789 Goldsboro LLC
c/o Susan J. Klein, Esquire
Gordon Feinblatt LLC
233 East Redwood Street
Baltimore, MD 21202-3332

(u)Bank of America, National Assn
INVALID ADDRESS PROVIDED

(u)Sachs & LaSeur, P.A.
INVALID ADDRESS PROVIDED

(d)Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067

(d)Serv Trust
3158 Bravertown Street
Suite 206
Edgewater, MD 21037-2672

(u)U.S. Attorney-District of MD
INVALID ADDRESS PROVIDED

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 89 |
| Bypassed recipients | 6 |
| Total | 95 |