**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **In re:** | ) | |
| **GREGORY BRIAN MYERS,** | ) | **Case No.: 15-26033-MCR** |
| **Debtor.** | ) | **(Chapter 7)** |
| **ROGER SCHLOSSBERG, TRUSTEE,** | ) | |
| **Movant,** | ) | |
| **v.** | ) | |
| **LAURIN H. MILLS *et al.*,** | ) | |
| **Respondents.** | ) | |

**RESPONDENTS' SUPPLEMENT TO OPPOSITION TO**
**MOTION FOR SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY**

Respondents, Laurin H. Mills ("Mr. Mills") and Samek | Werther | Mills, LLC ("SWM"), submit this Opposition to the Motion for Sanctions for Violation of the Automatic Stay filed against them by Roger Schlossberg, Trustee for the Estate of Gregory B. Myers (the "Trustee").

**Reason for Supplementation**

On page 2 & n.1 of Respondents' Opposition Brief, Respondents quoted an unofficial excerpt of a portion of the proceedings in Montgomery County Circuit Court and promised to provide this Court with an official version when it became available. The official excerpt is attached as Exhibit A hereto and quoted below:

THE COURT: And under the Frow doctrine you can, either one of two things: you sort of abstain from going forward because you don't want to try it twice, or two, you can enter the judgment, but then it's a non-final judgment because anything that I do today in essence necessarily would be non-final because we don't have, we're not putting all of the claims against all the parties are not getting to an adjudication. So we don't have a final judgment today under any circumstance.

(End of requested portion of the proceeding.)

THE COURT: The reason is sort of I would go forward on their claim today, as opposed to waiting until the defaulting parties, because I don't know when and if Mr. Myers would ever be subject to actual determination in this court, depending on what the bankruptcy courts decide. They could modify the claims or reduce the claims.

Attached hereto as Exhibit B is a recent order from the Appellate Court of Maryland wherein the court denied the emergency motion of Mr. Myers for a stay pending appeal and ordered Mr. Myers to show cause as to why his appeal should not be dismissed because it was not an appeal from a final judgment.

Exhibits A and B relate to points raised in Respondents' Opposition.

Dated: May 18, 2023

Respectfully submitted,

*/s/Laurin H. Mills*

Laurin H. Mills (09462)
Samek | Werther | Mills LLC
2000 Tower Oaks Blvd., Suite 200
Rockville, MD 20852
laurin@samek-law.com
(703) 547-4693
FAX (240) 912-3031

*Counsel for Respondents*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2023, a copy of the foregoing was filed with the Court via CM/ECF which will serve a copy on the foregoing:

Frank J. Mastro
Schlossberg | Mastro
18421 Henson Boulevard, Suite 201
Hagerstown, Md 21742
fmastro@schlosslaw.com

*/s/Laurin H. Mills*
Laurin H. Mills