Entered: August 2nd, 2023
Signed: July 30th, 2023

**SO ORDERED**

Maria Ellena Chavez-Ruark
MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

| | |
|---|---|
| In re:<br><br>GREGORY B. MYERS,<br><br>Debtor. | Case Number: 15-26033-MCR<br>(Chapter 7) |

ORDER REQUIRING STATUS REPORT

A review of the record in the above-captioned case reflects that the last status report was filed by the Chapter 7 Trustee on April 20, 2021 [Dkt. No. 930]. Since that time, various motions have been filed including the following motions that remain pending: (i) Motion for Sanctions for Violation of the Automatic Stay filed by the Chapter 7 Trustee [Dkt. No. 1004]; (ii) Application to Compromise Controversy with Brian King, Cristina King, and Brian King Children's Trust filed by the Chapter 7 Trustee [Dkt. No. 1005]; and (iii) Motion to Dismiss or Strike the Trustee's Motion for Approval of Proposed Compromise filed by the Debtor [Dkt. No. 1010]. Numerous responses have been filed to the pending motions. The pending motions relate to litigation in the Circuit Court for Montgomery County, Maryland styled *Brian King, et al. v. Serv Trust, et al.*, Case No. 439677-V, and *6789 Goldsboro LLC v. Serv Trust, et al.*, Case No. 451611-V (together, the "State Court Litigation"). The Court is not informed regarding the status of the State Court

Litigation, and it appears pending motions in the State Court Litigation may need to be resolved by the Circuit Court before this Court can adjudicate the motions pending in this bankruptcy proceeding.

In light of the length of time since the filing of the last status report, and due to the ongoing nature of the State Court Litigation and its impact on matters pending before this Court, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that within thirty (30) days of the date of entry of this Order, the Chapter 7 Trustee shall file a status report detailing the events that have transpired in this case or that have affected the administration of this case since the filing of the last status report (including a description of the current status of the State Court Litigation).

cc: Debtor – Gregory B. Myers
Chapter 7 Trustee – Roger Schlossberg
Counsel for Chapter 7 Trustee – Frank J. Mastro
U.S. Trustee
Party in interest – Barbara Ann Kelly
Party in interest – Laurin H. Mills
All other parties in interest

**END OF ORDER**