IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| GREGORY B. MYERS, | ) | Case No. 15-26033-MCR |
| | ) | |
| Debtor. | ) | (Chapter 7) |
| | ) | |

**ORDER DENYING MOTION TO HOLD ROGER SCHLOSSBERG IN CONTEMPT**

UPON CONSIDERATION of the *Motion to Hold Roger Schlossberg in Contempt* (the "*Motion*") [Dkt. #1043], filed by the Debtor, Gregory B. Myers, the opposition thereto filed by Roger Schlossberg, the Chapter 7 Trustee herein, any reply memoranda, and this Court being fully advised, it is hereby

**ORDERED** that the *Motion* shall be and is hereby **DENIED**.

**END OF ORDER**

Copies to:
Roger Schlossberg, Esq.
Frank J. Mastro, Esq.
Gregory B. Myers, *pro se*
All persons requesting notice