**APPEAL**

# U.S. Bankruptcy Court
# District of Maryland (Greenbelt)
# Adversary Proceeding #: 24-00007

*Assigned to:* Judge Maria Ellena Chavez-Ruark
*Lead BK Case:* 15-26033
*Lead BK Title:* Gregory B Myers
*Lead BK Chapter:* 7
*Demand:*

*Nature[s] of Suit:* 91 Declaratory judgment

*Date Filed:* 01/10/24
*Case Administrator :* Laurie Arter
*Team Phone:* 301-344-3965

***Debtor***
**-----------------------**

**Gregory B. Myers**
700 Gulf Shore Blvd N.
Naples, FL 34102

represented by **Gregory B. Myers**
PRO SE

***Plaintiff***
**-----------------------**

**Brian King**
c/o The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854

represented by **Maurice Belmont VerStandig**
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
301-444-4600
Email: mac@mbvesq.com

***Plaintiff***
**-----------------------**

**Cristina King**
c/o The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854

represented by **Maurice Belmont VerStandig**
(See above for address)

***Plaintiff***
**-----------------------**

**Cristina and Brian King Children's Trust**
c/o The VerStandig Law Firm, LLC`
9812 Falls Road, #114-160
Potomac, MD 20854

represented by **Maurice Belmont VerStandig**
(See above for address)

V.

***Defendant***
**-----------------------**

**Roger Schlossberg**
Law firm of Schlossberg Mastro & Scanlan
18421 Henson Boulevard
Suite 201
PO Box 2067
Hagerstown, MD 21742

represented by **Frank J. Mastro**
Schlossberg / Mastro
P.O. Box 2067
Hagerstown, MD 21742-2067
301-739-8610
Email: fmastro@schlosslaw.com

| Case Related Information | | | |
|---|---|---|---|
| Associated Cases | No Claims | Related Transactions | Select a Sub-Docket<br>View<br>show related transactions |
| Pending Matters | Pending Deadlines | No Pending Hearings | Key Dates |
| EOrders: Activity No Signed Upload Log | Party | Case Opening Fees All Fees | |

| Filing Date | # | Select all / clear | Docket Text |
|---|---|---|---|
| 08/03/2026 | 158 | 0.526545 MB | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Gregory B. Myers (related document(s)150 Notice of Appeal filed by Debtor Gregory B. Myers). Appellee designation due by 8/17/2026. Transmission of Designation Due by 8/18/2026. (Arter, Laurie) (Entered: 08/04/2026) |
| 08/03/2026 | | | Returned Mail: mail sent via USPS was returned as undeliverable for the following: Mailed on 07/22/2026 a notice RE: Deficiency Notice TO Gregory B. Myers 700 Gulf Shore Blvd N. Naples, FL 34102-5325; Mailed on 07/22/2026 a notice RE: Notice TO Gregory B. Myers 700 Gulf Shore Blvd N. Naples, FL 34102-5325. (admin) (Entered: 08/03/2026) |
| 07/29/2026 | 157 | 18.187 KB | BNC Certificate of Mailing. (related document(s)156 Returned Mail Notice to Party (Auto-Docket)). No. of Notices: 4. Notice Date 07/29/2026. (Admin.) (Entered: 07/30/2026) |
| 07/29/2026 | | | Deficiency Satisfied (related document(s)150 Notice of Appeal filed by Debtor Gregory B. Myers, 151 Deficiency Notice). Filing fee paid |

| | | | |
|---|---|---|---|
| | | | 7/23/26. (Arter, Laurie) (Entered: 07/29/2026) |
| 07/27/2026 | 156 | 4.443 KB | Notice of returned mail to a party, Gregory B. Myers (db), in this case. (admin) (Entered: 07/27/2026) |
| 07/27/2026 | | | Returned Mail: mail sent via USPS was returned as undeliverable for the following: Mailed on 04/17/2026 a notice RE: Order on Motion For Summary Judgment TO Gregory B. Myers 700 Gulf Shore Blvd N. Naples, FL 34102-5325; Mailed on 04/17/2026 a notice RE: Order on Motion To Intervene TO Gregory B. Myers 700 Gulf Shore Blvd N. Naples, FL 34102-5325; Mailed on 04/17/2026 a notice RE: Order on Motion for Miscellaneous Relief TO Gregory B. Myers 700 Gulf Shore Blvd N. Naples, FL 34102-5325; Mailed on 04/17/2026 a notice RE: Order on Motion to Dismiss Adversary Proceeding TO Gregory B. Myers 700 Gulf Shore Blvd N. Naples, FL 34102-5325; Mailed on 05/23/2026 a notice RE: Deficiency Notice TO Gregory B. Myers 700 Gulf Shore Blvd N. Naples, FL 34102-5325; Mailed on 05/28/2026 a notice RE: Order on Motion to Extend Time TO Gregory B. Myers 700 Gulf Shore Blvd N. Naples, FL 34102-5325; Mailed on 06/04/2026 a notice RE: Deficiency Notice TO Gregory B. Myers 700 Gulf Shore Blvd N. Naples, FL 34102-5325; Mailed on 06/04/2026 a notice RE: Notice TO Gregory B. Myers 700 Gulf Shore Blvd N. Naples, FL 34102-5325; Mailed on 07/08/2026 a notice RE: Deficiency Notice TO Gregory B. Myers 700 Gulf Shore Blvd N. Naples, FL 34102-5325; Mailed on 07/09/2026 a notice RE: Order on Motion to Vacate TO Gregory B. Myers 700 Gulf Shore Blvd N. Naples, FL 34102-5325. (admin) (Entered: 07/27/2026) |
| 07/23/2026 | | | Receipt of filing fee for Appeal. Receipt Number 284DLBRF. Fee Amount $298.00 via Pay.Gov. [court,aplpg]. (admin). Related document(s) 150 Notice of Appeal filed by Debtor Gregory B. Myers. Modified on 7/24/2026 (Kaniowski, Amanda). (Entered: 07/24/2026) |
| 07/22/2026 | 155 | 188.203 KB | BNC Certificate of Mailing - PDF Document. (related document(s)152 Notice). No. of Notices: 4. Notice Date 07/22/2026. (Admin.) (Entered: 07/23/2026) |
| 07/22/2026 | 154 | 34.201 KB | BNC Certificate of Mailing. (related document(s)151 Deficiency Notice). No. of Notices: 1. Notice Date 07/22/2026. (Admin.) (Entered: 07/23/2026) |
| 07/20/2026 | 153 | 0.838246 MB | Initial Transmittal to District Court (related document(s)150 Notice of Appeal filed by Debtor Gregory B. Myers). (Attachments: # 1 Order Denying Motion to Vacate # 2 Docket Report) (Arter, Laurie) (Entered: 07/20/2026) |
| 07/20/2026 | 152 | 176.676 KB | Notice of Filing of Appeal to the U.S. District Court (related document(s)150 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 07/20/2026) |
| 07/20/2026 | 151 | 25.148 KB | Deficiency Notice - Filing fee was not paid (related document(s)150 Notice of Appeal filed by Debtor Gregory B. Myers). Cured Pleading due by 8/3/2026. (Arter, Laurie) (Entered: 07/20/2026) |

| | | | |
|---|---|---|---|
| 07/20/2026 | 150 | 177.871 KB | Notice of Appeal to District Court Filed by Gregory B. Myers. Receipt Number 284DHF02, Fee Amount $298 (related document(s)146 Order on Motion to Vacate). Appellant Designation due by 8/3/2026. (Attachments: # 1 Exhibit A)(Arter, Laurie)Modified on 7/24/2026: added receipt info (Kaniowski, Amanda). (Entered: 07/20/2026) |
| 07/15/2026 | 149 | 175.586 KB | Copy of Order Consolidating Court of Appeals Case Numbers: 26-1894, 26-1899, 26-1901 Entered in the USCA (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers, 79 Notice of Appeal filed by Debtor Gregory B. Myers, 92 Notice of Appeal filed by Debtor Gregory B. Myers). (Horning, Kelly)Modified on 7/15/2026 enhanced title of text (Horning, Kelly). (Entered: 07/15/2026) |
| 07/15/2026 | | | Notice of Docketing Record on Appeal to Court of Appeals. Civil Case Number: 26-1894 (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers, 79 Notice of Appeal filed by Debtor Gregory B. Myers, 92 Notice of Appeal filed by Debtor Gregory B. Myers) (Horning, Kelly). Modified on 7/15/2026 corrected linkage(Horning, Kelly). (Entered: 07/15/2026) |
| 07/09/2026 | 148 | 122.178 KB | BNC Certificate of Mailing - PDF Document. (related document(s)146 Order on Motion to Vacate). No. of Notices: 4. Notice Date 07/09/2026. (Admin.) (Entered: 07/10/2026) |
| 07/08/2026 | 147 | 20.09 KB | BNC Certificate of Mailing. (related document(s)145 Deficiency Notice). No. of Notices: 1. Notice Date 07/08/2026. (Admin.) (Entered: 07/09/2026) |
| 07/07/2026 | 146 | 118.034 KB | Order Denying Motion to Vacate. The motion does not set forth a basis for relief under Rule 60(b) and/or Bankruptcy Rule 9024. Regardless of when the King Parties' claims were withdrawn (i.e., when the settlement was approved orwhen the settlement order became final), the claims were withdrawn and the order from which the Debtor now seeks relief was affirmed by the District Court on appeal. For these reasons, the reasons set forth in the Order Overruling Claim Objections as Moot [Dkt. No. 1072], and the reasons set forth in the District Court's Memorandum Opinion [Dkt. No. 1116], the motion is denied. (related document(s):144 Debtor's Motion to Vacate July 3, 2025 Settlement Order Pursuant to Fed. R. Civ. P. 60(b)(1), 60(b)(2), 60(b)(3), 60(b)(4), 60(b)(5), and 60(b)(6), Made Applicable by Fed. R. Bankr. P. 9024, Preserving Relief Under Fed. R. Civ. P. 60(d)(1) and 60(d)(3), and Request for Indicative Ruling Under Fed. R. Bankr. P. 8008 Filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 07/07/2026) |
| 07/06/2026 | 145 | 5.519 KB | Deficiency Notice - No proposed order submitted (related document(s)144 Motion to Vacate filed by Debtor Gregory B. Myers). Cured Pleading due by 7/20/2026. (Arter, Laurie) (Entered: 07/06/2026) |
| 07/02/2026 | 144 | 3.677447 MB | Debtor's Motion to Vacate July 3, 2025 Settlement Order Pursuant to Fed. R. Civ. P. 60(b)(1), 60(b)(2), 60(b)(3), 60(b)(4), 60(b)(5), and 60(b)(6), Made Applicable by Fed. R. Bankr. P. 9024, Preserving Relief Under Fed. R. Civ. P. 60(d)(1) and 60(d)(3), and Request for Indicative Ruling Under Fed. R. Bankr. P. 8008 Filed by Gregory B. Myers |

| | | | |
|---|---|---|---|
| | | | (related document(s)61 Order on Application to Compromise Controversy) . (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E (no document attached) # 6 Exhibit F) (Arter, Laurie) (Entered: 07/06/2026) |
| 06/25/2026 | | | Deficiency Satisfied (related document(s)133 Notice of Appeal filed by Debtor Gregory B. Myers, 134 Deficiency Notice). Filing fee paid. (Arter, Laurie) (Entered: 06/25/2026) |
| 06/25/2026 | 143 | 194.008 KB | Supplemental Transmittal to District Court (related document(s)133 Notice of Appeal filed by Debtor Gregory B. Myers, 142 Appellant Designation filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 06/25/2026) |
| 06/24/2026 | 142 | 188.194 KB | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Gregory B. Myers (related document(s)133 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 06/25/2026) |
| 06/24/2026 | | | Receipt of filing fee for Appeal. Receipt Number 283GUNC7. Fee Amount $298.00 via Pay.Gov. [court,aplpg]. (related document(s) 133 Notice of Appeal filed by Debtor Gregory B. Myers) (admin). Modified to include linkage on 6/25/2026 (Arter, Laurie). (Entered: 06/25/2026) |
| 06/16/2026 | 141 | 5.915 KB | Transmittal of Record on Appeal to District Court. District Court Number: 8:26-cv-02175-TDC (related document(s)133 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 06/16/2026) |
| 06/04/2026 | 138 | 1.575732 MB | BNC Certificate of Mailing - PDF Document. (related document(s)135 Notice). No. of Notices: 4. Notice Date 06/04/2026. (Admin.) (Entered: 06/05/2026) |
| 06/04/2026 | 137 | 34.019 KB | BNC Certificate of Mailing. (related document(s)134 Deficiency Notice). No. of Notices: 1. Notice Date 06/04/2026. (Admin.) (Entered: 06/05/2026) |
| 06/03/2026 | 140 | 262.311 KB | Final Order By District Court Judge Theodore D. Chuang, Re: Appeals on Civil Action Numbers: 25-2103-TDC, 25-2337-TDC, 25-2635-TDC, Affirmed (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers, 79 Notice of Appeal filed by Debtor Gregory B. Myers, 92 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 06/16/2026) |
| 06/03/2026 | 139 | 4.778651 MB | US District Court Memorandum of Decision (Opinion) (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers, 79 Notice of Appeal filed by Debtor Gregory B. Myers, 92 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 06/16/2026) |
| 06/02/2026 | | | Notice of Docketing Record on Appeal to District Court. Civil Case Number: 8:26-cv-02175-TDC (related document(s)133 Notice of Appeal Filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 06/03/2026) |

| | | | |
|---|---|---|---|
| 06/02/2026 | 136 | 3.2724 MB | Initial Transmittal to District Court (related document(s)133 Notice of Appeal filed by Debtor Gregory B. Myers). (Attachments: # 1 Order Denying Motion to Extend Time # 2 Docket Report) (Arter, Laurie) (Entered: 06/02/2026) |
| 06/02/2026 | 135 | 1.56177 MB | Notice of Filing of Appeal to the U.S. District Court (related document(s)133 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 06/02/2026) |
| 06/02/2026 | 134 | 25.159 KB | Deficiency Notice - Filing fee not paid (related document(s)133 Notice of Appeal filed by Debtor Gregory B. Myers). Cured Pleading due by 6/16/2026. (Arter, Laurie) (Entered: 06/02/2026) |
| 06/01/2026 | 133 | 1.562892 MB | Notice of Appeal to District Court Filed by Gregory B. Myers. Receipt Number Fee Due, Fee Amount $298 (related document(s)131 Order on Motion to Extend Time). Appellant Designation due by 6/15/2026. (Attachments: # 1 Exhibit A)(Arter, Laurie) (Entered: 06/02/2026) |
| 05/28/2026 | 132 | 1.127734 MB | BNC Certificate of Mailing - PDF Document. (related document(s)131 Order on Motion to Extend Time). No. of Notices: 4. Notice Date 05/28/2026. (Admin.) (Entered: 05/29/2026) |
| 05/26/2026 | 131 | 1.109578 MB | Order Denying Motion to Extend Time. The Debtor filed this motion 35 days after entry of the subject orders, and the BNC Certificates of Mailing confirm that they were served on the Debtor at his address of record. Therefore, the Court finds the motion untimely. Moreover, under the "functional test," the Court had jurisdiction to consider the six motions. See Green v. 1900 Cap. Tr. II by U.S. Bank Tr. Natl Assn, 619 B.R. 121, 134 (D. Md. 2020) (citing Bank of N.Y. Tr. Co. v. Pac. Lumber Co. (In re Scopac), 624 F.3d 274, 280 (5th Cir. 2010)), affd sub. nom. Green v. Shellpoint Mortg. Servicing, 834 F. Appx 18 (4th Cir. 2021). (related document(s): 128 Debtor's Omnibus Protective Motion for Extension of Time to Appeal April 15, 2026 Orders, to Vacate Orders as Void, or Alternatively for Indicative Ruling Under Rule 8008 Filed by Gregory B. Myers). (Arter, Laurie) (Entered: 05/26/2026) |
| 05/23/2026 | 130 | 20.173 KB | BNC Certificate of Mailing. (related document(s)129 Deficiency Notice). No. of Notices: 1. Notice Date 05/23/2026. (Admin.) (Entered: 05/24/2026) |
| 05/21/2026 | 129 | 5.564 KB | Deficiency Notice (related document(s)128 Motion to Extend Time filed by Debtor Gregory B. Myers). Cured Pleading (Proposed Order) due by 6/4/2026. (Arter, Laurie) (Entered: 05/21/2026) |
| 05/20/2026 | 128 | 1.556677 MB | Debtor's Omnibus Protective Motion for Extension of Time to Appeal April 15, 2026 Orders, to Vacate Orders as Void, or Alternatively for Indicative Ruling Under Rule 8008 Filed by Gregory B. Myers. (related document(s) 116 Order Denying Motion to Intervene, 117 Order Denying Motion to Dismiss for Failure to Join Indispensable Party, 118 Order Denying Motion to Disqualify Judge, 119 Order Denying Debtor's Motion to Disqualify Counsel, 120 Order Denying Second Motion to Disqualify Judge, 121 Order Denying Motion for Summary Judgment) (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 |

| | | | |
|---|---|---|---|
| | | | Exhibit D # 5 Exhibit E # 6 Exhibit F) (Arter, Laurie) (Entered: 05/21/2026) |
| 04/17/2026 | 127 | 170.669 KB | BNC Certificate of Mailing - PDF Document. (related document(s)121 Order on Motion For Summary Judgment). No. of Notices: 4. Notice Date 04/17/2026. (Admin.) (Entered: 04/18/2026) |
| 04/17/2026 | 126 | 171.489 KB | BNC Certificate of Mailing - PDF Document. (related document(s)120 Order on Motion for Miscellaneous Relief). No. of Notices: 4. Notice Date 04/17/2026. (Admin.) (Entered: 04/18/2026) |
| 04/17/2026 | 125 | 179.384 KB | BNC Certificate of Mailing - PDF Document. (related document(s)119 Order on Motion for Miscellaneous Relief). No. of Notices: 2. Notice Date 04/17/2026. (Admin.) (Entered: 04/18/2026) |
| 04/17/2026 | 124 | 170.279 KB | BNC Certificate of Mailing - PDF Document. (related document(s)118 Order on Motion for Miscellaneous Relief). No. of Notices: 4. Notice Date 04/17/2026. (Admin.) (Entered: 04/18/2026) |
| 04/17/2026 | 123 | 169.654 KB | BNC Certificate of Mailing - PDF Document. (related document(s)117 Order on Motion to Dismiss Adversary Proceeding). No. of Notices: 4. Notice Date 04/17/2026. (Admin.) (Entered: 04/18/2026) |
| 04/17/2026 | 122 | 167.486 KB | BNC Certificate of Mailing - PDF Document. (related document(s)116 Order on Motion To Intervene). No. of Notices: 4. Notice Date 04/17/2026. (Admin.) (Entered: 04/18/2026) |
| 04/15/2026 | 121 | ☑ 185.135 KB | Order Denying Motion for Summary Judgment. The Court denied the Debtor's motion to intervene. Therefore, the Debtor's motion for summary judgment is denied. (related document(s): 78 Motion For Final Summary Judgment as to Count 1 of Third Party Complaint and Demand for Trial by Jury filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 04/15/2026) |
| 04/15/2026 | 120 | ☑ 185.243 KB | Order Denying Second Motion to Disqualify Judge. For the reasons stated in the Trustee's opposition at Dkt. No. 74, the motion is denied. (related document(s): 57 Second Motion to Disqualify Judge Maria Elena Chavez-Ruark Filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 04/15/2026) |
| 04/15/2026 | 119 | ☑ 214.989 KB | Order Denying Debtor's Motion to Disqualify Counsel. For the reasons stated in the King Parties' opposition at Dkt. No. 67, the motion is denied. (related document(s): 49 Debtor's Motion to Disqualify Counsel Filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 04/15/2026) |
| 04/15/2026 | 118 | ☑ 184.042 KB | Order Denying Motion to Disqualify Judge. For the reasons stated in the Trustee's opposition at Dkt. NO. 72, the motion is denied. (related document(s): 47 Motion to Disqualify Judge Maria Elena Chavez-Ruark Filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 04/15/2026) |

| | | | |
|---|---|---|---|
| 04/15/2026 | 117 | 183.392 KB | Order Denying Motion to Dismiss for Failure to Join Indispensable Party. For the reasons stated in the Trustee's opposition at Dkt. No. 69, the motion is denied. (related document(s): 45 Motion to Dismiss Adversary Proceeding filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 04/15/2026) |
| 04/15/2026 | 116 | 181.107 KB | Order Denying Motion to Intervene. For the reasons stated in the Trustee's opposition at Dkt. No. 68, the motion is denied. (related document(s): 43 Motion to Intervene filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 04/15/2026) |
| 01/20/2026 | 115 | 1.589493 MB | Supplemental Transmittal to District Court (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers, 79 Notice of Appeal filed by Debtor Gregory B. Myers, 92 Notice of Appeal filed by Debtor Gregory B. Myers). USDC Case Numbers: 8:25-cv-2103-TDC (Lead Case), 8:25-cv-2337-TDC, 8:25-cv-2635-TDC. (Arter, Laurie) (Entered: 01/20/2026) |
| 01/13/2026 | 114 | 1.583483 MB | Appellant's Rule 8009 Amended and Supplemental Designation of Record On Appeal Filed by Gregory B. Myers (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers, 79 Notice of Appeal filed by Debtor Gregory B. Myers, 92 Notice of Appeal filed by Debtor Gregory B. Myers). USDC Case Numbers: 8:25-cv-2103-TDC (Lead Case), 8:25-cv-2337-TDC, 8:25-cv-2635-TDC. (Arter, Laurie) Modified to include USDC case numbers and a descriptive title on 1/20/2026 (Arter, Laurie). (Entered: 01/20/2026) |
| 01/12/2026 | 113 | 445.274 KB | Supplemental Transmittal to District Court (related document(s)79 Notice of Appeal filed by Debtor Gregory B. Myers, 112 Appellant's Supplemental Designation filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 01/12/2026) |
| 01/09/2026 | 112 | 0.61702 MB | Appellant's Supplemental Designation of Contents For Inclusion in Record On Appeal Filed by Gregory B. Myers (related document(s)79 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) Modified to include Supplemental on 1/12/2026 (Arter, Laurie). (Entered: 01/12/2026) |
| 01/09/2026 | 111 | 439.26 KB | Notice *of Filing of Hearing Transcripts* Filed by Gregory B. Myers (related document(s)79 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 01/12/2026) |
| 01/09/2026 | 110 | 20.815 KB | BNC Certificate of Mailing. (related document(s)108 Transcript). No. of Notices: 4. Notice Date 01/09/2026. (Admin.) (Entered: 01/10/2026) |
| 01/09/2026 | 109 | 20.653 KB | BNC Certificate of Mailing. (related document(s)107 Transcript). No. of Notices: 1. Notice Date 01/09/2026. (Admin.) (Entered: 01/10/2026) |
| 01/07/2026 | 108 | 0.500129 MB | Transcript of Hearing held on 7/1/2025 before Judge Maria Ellena Chavez-Ruark. Transcript was received on 1/6/2026. TRANSCRIPT IS RESTRICTED FOR 90 DAYS BY JUDICIAL CONFERENCE POLICY. (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed |

| | | | |
|---|---|---|---|
| | | | by Debtor Gregory B. Myers, 20 Motion for Miscellaneous Relief filed by Defendant Roger Schlossberg, 22 Support Document filed by Debtor Gregory B. Myers, 23 Response filed by Debtor Gregory B. Myers, 24 Response filed by Defendant Roger Schlossberg). Notice of Intent to Request Redaction Deadline Due By 1/14/2026. Redaction Request Due By 1/28/2026. Redacted Transcript Submission Due By 2/9/2026. Transcript access will be restricted through 4/7/2026. (Walston, Daniel) (Entered: 01/07/2026) |
| 01/07/2026 | 107 | 0.544631 MB | Transcript of Hearing held on 6/30/2025 before Judge Maria Ellena Chavez-Ruark. Transcript was received on 1/6/2026. TRANSCRIPT IS RESTRICTED FOR 90 DAYS BY JUDICIAL CONFERENCE POLICY. (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers, 20 Motion for Miscellaneous Relief filed by Defendant Roger Schlossberg, 22 Support Document filed by Debtor Gregory B. Myers, 23 Response filed by Debtor Gregory B. Myers, 24 Response filed by Defendant Roger Schlossberg). Notice of Intent to Request Redaction Deadline Due By 1/14/2026. Redaction Request Due By 1/28/2026. Redacted Transcript Submission Due By 2/9/2026. Transcript access will be restricted through 4/7/2026. (Walston, Daniel) (Entered: 01/07/2026) |
| 10/23/2025 | 106 | 164.845 KB | Copies of Orders Consolidating Appeals 25-2103-TDC, 25-2337-TDC and 25-2635-TDC Entered in the USDC (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers, 79 Notice of Appeal filed by Debtor Gregory B. Myers, 92 Notice of Appeal filed by Debtor Gregory B. Myers). USDC Case Number 25-2103-TDC is designated as the lead case. (Arter, Laurie) (Entered: 10/23/2025) |
| 09/02/2025 | 105 | 282.956 KB | Supplemental Transmittal to District Court (related document(s)92 Notice of Appeal filed by Debtor Gregory B. Myers, 104 Appellant Designation filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 09/02/2025) |
| 08/29/2025 | | | Deficiency Satisfied (related document(s)92 Notice of Appeal filed by Debtor Gregory B. Myers, 93 Deficiency Notice). Filing fee paid. (Arter, Laurie) (Entered: 09/04/2025) |
| 08/29/2025 | 104 | 276.513 KB | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Gregory B. Myers (related document(s)92 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 09/02/2025) |
| 08/29/2025 | | | Receipt Number 22004136, Fee Amount $298.00 (related document(s)92 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 09/02/2025) |
| 08/15/2025 | 103 | 6.424 KB | Transmittal of Record on Appeal to District Court. District Court Number: 8:25-cv-02635-TDC (related document(s)92 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 08/15/2025) |

| | | | |
|---|---|---|---|
| 08/15/2025 | 102 | 1.168548 MB | Supplemental Transmittal to District Court (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers, 99 Appellant Designation filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 08/15/2025) |
| 08/15/2025 | 101 | 6.406 KB | Transmittal of Record on Appeal to District Court. District Court Number: 8:25-cv-02337-TDC (related document(s) 79 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 08/15/2025) |
| 08/11/2025 | | | Notice of Docketing Record on Appeal to District Court. Civil Case Number: 8:25-cv-02635-TDC (related document(s)92 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 08/11/2025) |
| 08/05/2025 | 100 | 155.099 KB | Notice of Stipulated Dismissal in an Adversary Proceeding *(with prejudice)* Filed by Cristina and Brian King Children's Trust, Brian King, Cristina King. (VerStandig, Maurice) (Entered: 08/05/2025) |
| 08/05/2025 | 99 | 1.159708 MB | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Gregory B. Myers (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers.). (Byer, Rachel). Modified on 8/15/2025. Appeal transmitted on 7/10/25; Supplement transmittal sent on 8/15/25. (Arter, Laurie). (Entered: 08/05/2025) |
| 08/04/2025 | 98 | 151.794 KB | Supplemental Opposition on behalf of Cristina and Brian King Children's Trust, Brian King, Cristina King Filed by Maurice Belmont VerStandig (related document(s)78 Motion for Summary Judgment filed by Debtor Gregory B. Myers, 90 Opposition filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust). (VerStandig, Maurice) (Entered: 08/04/2025) |
| 08/03/2025 | 97 | 1.62343 MB | BNC Certificate of Mailing - PDF Document. (related document(s)94 Notice). No. of Notices: 4. Notice Date 08/03/2025. (Admin.) (Entered: 08/04/2025) |
| 08/03/2025 | 96 | 21.785 KB | BNC Certificate of Mailing. (related document(s)93 Deficiency Notice). No. of Notices: 1. Notice Date 08/03/2025. (Admin.) (Entered: 08/04/2025) |
| 08/01/2025 | 95 | 1.448571 MB | Initial Transmittal to District Court (related document(s)92 Notice of Appeal filed by Debtor Gregory B. Myers). (Attachments: # 1 83 Order Denying Emergency Motion for Stay Pending Appeal # 2 84 Order Denying Motion to Shorten Time to Response to Emergency Motion for Stay Pending Appeal # 3 Docket Report) (Arter, Laurie) (Entered: 08/01/2025) |
| 08/01/2025 | 94 | 1.626763 MB | Notice of Filing of Appeal to the United States District Court (related document(s)92 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 08/01/2025) |

| | | | |
|---|---|---|---|
| 08/01/2025 | 93 | 6.265 KB | Deficiency Notice (related document(s)92 Notice of Appeal filed by Debtor Gregory B. Myers). Cured Pleading (Filing Fee) due by 8/15/2025. (Arter, Laurie) (Entered: 08/01/2025) |
| 07/31/2025 | 92 | 1.672182 MB | Notice of Appeal to District Court Filed by Gregory B. Myers. Receipt Number Fee Due, Fee Amount $298 (related document(s)83 Order on Motion To Stay Pending Appeal, 84 Order on Motion to Shorten Time). Appellant Designation due by 8/14/2025. (Attachments: # 1 Exhibit A # 2 Exhibit B)(Arter, Laurie) (Entered: 08/01/2025) |
| 07/31/2025 | 91 | 0.760561 MB | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Gregory B. Myers (related document(s)79 Notice of Appeal filed by Debtor Gregory B. Myers). Appellee designation due by 8/14/2025. Transmission of Designation Due by 8/15/2025. (Arter, Laurie) (Entered: 08/01/2025) |
| 07/31/2025 | 90 | 158.521 KB | Opposition on behalf of Cristina and Brian King Children's Trust, Brian King, Cristina King Filed by Maurice Belmont VerStandig (related document(s)78 Motion for Summary Judgment filed by Debtor Gregory B. Myers). (VerStandig, Maurice) (Entered: 07/31/2025) |
| 07/31/2025 | 89 | 269.153 KB | Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)78 Motion for Summary Judgment filed by Debtor Gregory B. Myers). (Attachments: # 1 Proposed Order) (Mastro, Frank) (Entered: 07/31/2025) |
| 07/21/2025 | | | Deficiency Satisfied (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers, 38 Deficiency Notice, 79 Notice of Appeal filed by Debtor Gregory B. Myers, 80 Deficiency Notice). Filing fees paid. (Arter, Laurie) (Entered: 07/21/2025) |
| 07/21/2025 | | | Deficiency Satisfied (related document(s)47 Motion for Miscellaneous Relief filed by Debtor Gregory B. Myers, 48 Deficiency Notice). (Arter, Laurie) (Entered: 07/21/2025) |
| 07/21/2025 | | | Deficiency Satisfied (related document(s)57 Motion for Miscellaneous Relief filed by Debtor Gregory B. Myers, 58 Deficiency Notice). (Arter, Laurie) (Entered: 07/21/2025) |
| 07/21/2025 | | | Deficiency Satisfied (related document(s)43 Motion to Intervene filed by Debtor Gregory B. Myers, 44 Deficiency Notice). (Arter, Laurie) (Entered: 07/21/2025) |
| 07/21/2025 | | | Deficiency Satisfied (related document(s)45 Motion to Dismiss Adversary Proceeding filed by Debtor Gregory B. Myers, 46 Deficiency Notice). (Arter, Laurie) (Entered: 07/21/2025) |
| 07/20/2025 | 88 | 357.253 KB | BNC Certificate of Mailing - PDF Document. (related document(s)84 Order on Motion to Shorten Time). No. of Notices: 1. Notice Date 07/20/2025. (Admin.) (Entered: 07/21/2025) |

| | | | |
|---|---|---|---|
| 07/20/2025 | 87 | 334.955 KB | BNC Certificate of Mailing - PDF Document. (related document(s)83 Order on Motion To Stay Pending Appeal). No. of Notices: 1. Notice Date 07/20/2025. (Admin.) (Entered: 07/21/2025) |
| 07/20/2025 | 86 | 452.748 KB | BNC Certificate of Mailing - PDF Document. (related document(s)81 Notice). No. of Notices: 4. Notice Date 07/20/2025. (Admin.) (Entered: 07/21/2025) |
| 07/20/2025 | 85 | 21.509 KB | BNC Certificate of Mailing. (related document(s)80 Deficiency Notice). No. of Notices: 1. Notice Date 07/20/2025. (Admin.) (Entered: 07/21/2025) |
| 07/18/2025 | | | Receipt of filing fee for Appeal. Receipt Number 22003820. Fee Amount $298.00 received by TA. (admin) (Entered: 07/18/2025) |
| 07/18/2025 | | | Receipt of filing fee for Appeal. Receipt Number 22003820. Fee Amount $298.00 received by TA. (admin) (Entered: 07/18/2025) |
| 07/18/2025 | 84 | ☑ 358.484 KB | Order Denying Motion to Shorten Time. The Court has ruled on the motion for stay pending appeal. Therefore, the motion to shorten time is denied as moot. (related document(s): 76 Motion to Shorten Time filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 07/18/2025) |
| 07/18/2025 | 83 | ☑ 334.461 KB | Order Denying Motion To Stay Pending Appeal. The Debtor has not met his burden in demonstrating the four factors warranting the extraordinary relief of a stay pending appeal. See Culver v. Boozer, 285 B.R. 163 (D. Md. 2002) (setting forthfour factors); In re Schweiger, 578 B.R. 734 (Bankr. D. Md. 2017) (denying stay pending appeal of lift stay order); and In re Symington, 211 B.R. 520, 522 (Bankr. D. Md. 1997) (a stay pending appeal is extraordinary relief). The Debtor's arguments in support of the motion were rejected by the Court at trial or are premised on arguments rejected by the Court at trial (related document(s): 75 Emergency Motion To Stay Pending Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 07/18/2025) |
| 07/18/2025 | | | Notice of Docketing Record on Appeal to District Court. Civil Case Number: 8:25-cv-02337-PX (related document(s)79 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) Clerk's Note: Case 8:25-cv-02337-PX Reassigned to Judge Theodore D. Chuang. Judge Paula Xinis no longer assigned to the case. Modified on 8/15/2025 (Arter, Laurie). (Entered: 07/18/2025) |
| 07/18/2025 | 82 | 0.869003 MB | Initial Transmittal to District Court (related document(s)79 Notice of Appeal filed by Debtor Gregory B. Myers). (Attachments: # 1 Order Approving Trustee's Compromise and Settlement with King Parties # 2 Docket Report) (Arter, Laurie) (Entered: 07/18/2025) |
| 07/18/2025 | 81 | 440.352 KB | Notice of Filing of Appeal to the U.S. District Court (related document(s)79 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 07/18/2025) |

| | | | |
|---|---|---|---|
| 07/18/2025 | 80 | 6.165 KB | Deficiency Notice (related document(s)79 Notice of Appeal filed by Debtor Gregory B. Myers). Cured Pleading (Filing Fee) due by 8/1/2025. (Arter, Laurie) (Entered: 07/18/2025) |
| 07/17/2025 | 79 | 1.037477 MB | Notice of Appeal to District Court Filed by Gregory B. Myers. Receipt Number Fee Due, Fee Amount $298 (related document(s)61 Order on Application to Compromise Controversy). Appellant Designation due by 7/31/2025. (Attachments: # 1 Exhibit A)(Arter, Laurie) (Entered: 07/18/2025) |
| 07/17/2025 | 78 | 3.778778 MB | Motion For Final Summary Judgment as to Count 1 of Third Party Complaint and Demand for Trial by Jury Filed by Gregory B. Myers . (Attachments: # 1 Proposed Order) (Arter, Laurie) (Entered: 07/18/2025) |
| 07/16/2025 | 76 | 0.882458 MB | Motion to Shorten Time Filed by Gregory B. Myers (related document(s)75 Emergency Motion To Stay Pending Appeal filed by Debtor Gregory B. Myers) . (Attachments: # 1 Proposed Order) (Arter, Laurie)Modified on 7/16/2025. Docket text corrected. (Arter, Laurie). (Entered: 07/16/2025) |
| 07/16/2025 | 75 | 8.9801 MB | Emergency Motion to Stay Pending Appeal Filed by Gregory B. Myers (related document(s)61 Order on Application to Compromise Controversy) . (Attachments: # 1 Proposed Order) (Arter, Laurie) (Entered: 07/16/2025) |
| 07/15/2025 | 77 | 320.675 KB | Transcript of Hearing held on 7/3/2025 before Judge Maria Ellena Chavez-Ruark. Transcript was received on 7/15/2025. TRANSCRIPT IS RESTRICTED FOR 90 DAYS BY JUDICIAL CONFERENCE POLICY. (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers, 20 Motion for Miscellaneous Relief filed by Defendant Roger Schlossberg, 22 Support Document filed by Debtor Gregory B. Myers, 23 Response filed by Debtor Gregory B. Myers, 24 Response filed by Defendant Roger Schlossberg). Notice of Intent to Request Redaction Deadline Due By 7/22/2025. Redaction Request Due By 8/5/2025. Redacted Transcript Submission Due By 8/15/2025. Transcript access will be restricted through 10/14/2025. (Attachments: # 1 Myers Errata Sheet) (Walston, Daniel) (Entered: 07/17/2025) |
| 07/15/2025 | 74 | 275.886 KB | Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)57 Motion for Miscellaneous Relief filed by Debtor Gregory B. Myers). (Attachments: # 1 Proposed Order) (Mastro, Frank) (Entered: 07/15/2025) |
| 07/15/2025 | 73 | 261.919 KB | Joinder to King Parties' Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)49 Motion for Miscellaneous Relief filed by Debtor Gregory B. Myers, 67 Opposition filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust.). (Attachments: # 1 Proposed Order) (Mastro, Frank). Modified on 7/15/2025. Additional related document added. (Arter, Laurie). (Entered: 07/15/2025) |

| | | | |
|---|---|---|---|
| 07/14/2025 | 72 | 285.477 KB | Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)47 Motion for Miscellaneous Relief filed by Debtor Gregory B. Myers). (Attachments: # 1 Proposed Order) (Mastro, Frank) (Entered: 07/14/2025) |
| 07/14/2025 | 71 | 156.985 KB | Joinder to Trustee's Opposition on behalf of Cristina and Brian King Children's Trust, Brian King, Cristina King Filed by Maurice Belmont VerStandig (related document(s)45 Motion to Dismiss Adversary Proceeding filed by Debtor Gregory B. Myers, 69 Opposition filed by Defendant Roger Schlossberg). (VerStandig, Maurice). Modified on 7/15/2025. Additional related document added. (Arter, Laurie). (Entered: 07/14/2025) |
| 07/14/2025 | 70 | 162.394 KB | Joinder to Trustee's Opposition on behalf of Cristina and Brian King Children's Trust, Brian King, Cristina King Filed by Maurice Belmont VerStandig (related document(s)43 Motion to Intervene filed by Debtor Gregory B. Myers, 68 Opposition filed by Defendant Roger Schlossberg). (VerStandig, Maurice). Modified on 7/15/2025. Additional related document added. (Arter, Laurie). (Entered: 07/14/2025) |
| 07/14/2025 | 69 | 269.697 KB | Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)45 Motion to Dismiss Adversary Proceeding filed by Debtor Gregory B. Myers). (Attachments: # 1 Proposed Order) (Mastro, Frank) (Entered: 07/14/2025) |
| 07/14/2025 | 68 | 300.083 KB | Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)43 Motion to Intervene filed by Debtor Gregory B. Myers). (Attachments: # 1 Proposed Order) (Mastro, Frank) (Entered: 07/14/2025) |
| 07/14/2025 | 67 | 415.296 KB | Opposition on behalf of Cristina and Brian King Children's Trust, Brian King, Cristina King Filed by Maurice Belmont VerStandig (related document(s)49 Motion for Miscellaneous Relief filed by Debtor Gregory B. Myers). (Attachments: # 1 Proposed Order) (VerStandig, Maurice) (Entered: 07/14/2025) |
| 07/10/2025 | 66 | 5.93 KB | Transmittal of Record on Appeal to District Court. District Court Number: 8:25-cv-02103-TDC (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers). (Aure, Lia) (Entered: 07/10/2025) |
| 07/05/2025 | 65 | 179.969 KB | BNC Certificate of Mailing - PDF Document. (related document(s)61 Order on Application to Compromise Controversy). No. of Notices: 4. Notice Date 07/05/2025. (Admin.) (Entered: 07/06/2025) |
| 07/05/2025 | 64 | 198.129 KB | BNC Certificate of Mailing - PDF Document. (related document(s)60 Order on Motion for Miscellaneous Relief). No. of Notices: 6. Notice Date 07/05/2025. (Admin.) (Entered: 07/06/2025) |
| 07/05/2025 | 63 | 19.762 KB | BNC Certificate of Mailing. (related document(s)58 Deficiency Notice). No. of Notices: 1. Notice Date 07/05/2025. (Admin.) (Entered: 07/06/2025) |

| | | | |
|---|---|---|---|
| 07/04/2025 | 62 | 21.581 KB | BNC Certificate of Mailing - Hearing. (related document(s)51 Notice of Hearing). No. of Notices: 4. Notice Date 07/04/2025. (Admin.) (Entered: 07/05/2025) |
| 07/03/2025 | 61 | 192.251 KB | Order Approving Trustees Compromise And Settlement With King Parties (related document(s):17 Application to Compromise Controversy with King Plaintiffs, filed by Defendant Roger Schlossberg). (Horning, Kelly) (Entered: 07/03/2025) |
| 07/03/2025 | 60 | 202.649 KB | Order Denying Motion to Strike (related document(s):20 Motion to Strike Debtor's Objection to Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs filed by Defendant Roger Schlossberg). (Horning, Kelly) (Entered: 07/03/2025) |
| 07/03/2025 | 59 | 195.5 KB | ORAL RULING GIVEN (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers, 20 Motion for Miscellaneous Relief filed by Defendant Roger Schlossberg, 22 Support Document filed by Debtor Gregory B. Myers, 23 Response filed by Debtor Gregory B. Myers, 24 Response filed by Defendant Roger Schlossberg) - Trustees settlement motion granted and Trustees counsel will prepare the order granting the motion. Debtors objections to claims overruled as moot and Court will prepare the order overruling the objections. (Whitfield, Jennifer) (Entered: 07/03/2025) |
| 07/03/2025 | 58 | 5.344 KB | Deficiency Notice (related document(s)57 Second Motion to Disqualify Judge Maria Elena Chavez-Ruark filed by Debtor Gregory B. Myers). Cured Pleading (Proposed Order) due by 7/17/2025. (Arter, Laurie) (Entered: 07/03/2025) |
| 07/03/2025 | 57 | 3.483054 MB | Second Motion to Disqualify Judge Maria Elena Chavez-Ruark Filed by Gregory B. Myers . (Attachments: # 1 Copy of Third Party Complaint and Demand for Trial by Jury) (Arter, Laurie) (Attachment 2 replaced on 7/21/2025) (Arter, Laurie). Modified on 7/21/2025 (Arter, Laurie). (Entered: 07/03/2025) |
| 07/03/2025 | 56 | 1.179145 MB | Supplemental Objection on behalf of Gregory B. Myers Filed by Gregory B. Myers (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 07/03/2025) |
| 07/02/2025 | 55 | 19.803 KB | BNC Certificate of Mailing. (related document(s)48 Deficiency Notice). No. of Notices: 1. Notice Date 07/02/2025. (Admin.) (Entered: 07/03/2025) |
| 07/02/2025 | 54 | 19.629 KB | BNC Certificate of Mailing. (related document(s)46 Deficiency Notice). No. of Notices: 1. Notice Date 07/02/2025. (Admin.) (Entered: 07/03/2025) |
| 07/02/2025 | 53 | 19.393 KB | BNC Certificate of Mailing. (related document(s)44 Deficiency Notice). No. of Notices: 1. Notice Date 07/02/2025. (Admin.) (Entered: 07/03/2025) |

| | | | |
|---|---|---|---|
| 07/02/2025 | 51 | 5.38 KB | Notice of ORAL RULING (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers, 20 Motion for Miscellaneous Relief filed by Defendant Roger Schlossberg, 22 Support Document filed by Debtor Gregory B. Myers, 23 Response filed by Debtor Gregory B. Myers, 24 Response filed by Defendant Roger Schlossberg). Hearing scheduled for 7/3/2025 at 10:00 AM. Virtual hearing - For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688. (Whitfield, Jennifer) (Entered: 07/02/2025) |
| 07/01/2025 | 52 | 33.693105 MB | Hearing Held (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers, 20 Motion for Miscellaneous Relief filed by Defendant Roger Schlossberg, 22 Support Document filed by Debtor Gregory B. Myers, 23 Response filed by Debtor Gregory B. Myers, 24 Response filed by Defendant Roger Schlossberg). (Attachments: # 1 Debtor Ex 1 # 2 Debtor Ex 2 # 3 Debtor Ex 3 # 4 Debtor Ex 4 # 5 Debtor Ex 5 # 6 Debtor Ex 6 # 7 Debtor Ex 7 # 8 Debtor Ex 8 # 9 Debtor Ex 9) - Court will give oral ruling on 7/3/25 at 10:00 a.m. by videoconference. Court will issue hearing notice. (Whitfield, Jennifer) (Entered: 07/02/2025) |
| 07/01/2025 | 50 | 43.13677 MB | Notice of Filing by Gregory B. Myers . (Horning, Kelly) (Entered: 07/01/2025) |
| 07/01/2025 | 49 | 19.341661 MB | Debtor's Motion to Disqualify Counsel Filed by Gregory B. Myers . (Horning, Kelly) Additional attachment(s) added on 7/21/2025 (Arter, Laurie). (Entered: 07/01/2025) |
| 07/01/2025 | | | Notice of Docketing Record on Appeal to District Court. Civil Case Number: 8:25-cv-02103-TDC (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 07/01/2025) |
| 06/30/2025 | 48 | 5.331 KB | Deficiency Notice (related document(s)47 Motion to Disqualify Judge Maria Elena Chavez-Ruark filed by Debtor Gregory B. Myers). Cured Pleading (Proposed Order) due by 7/14/2025. (Arter, Laurie) (Entered: 06/30/2025) |
| 06/30/2025 | 47 | 5.411473 MB | Motion to Disqualify Judge Maria Elena Chavez-Ruark Filed by Gregory B. Myers . (Attachments: # 1 Exhibit A) (Arter, Laurie) Additional attachment(s) added on 7/21/2025 (Arter, Laurie). (Entered: 06/30/2025) |
| 06/30/2025 | 46 | 5.339 KB | Deficiency Notice (related document(s)45 Motion to Dismiss Adversary Proceeding filed by Debtor Gregory B. Myers). Cured Pleading (Proposed Order) due by 7/14/2025. (Arter, Laurie) (Entered: 06/30/2025) |
| 06/30/2025 | 44 | 5.288 KB | Deficiency Notice (related document(s)43 Motion to Intervene filed by Debtor Gregory B. Myers). Cured Pleading (Proposed Order) due by 7/14/2025. (Arter, Laurie) (Entered: 06/30/2025) |

| | | | |
|---|---|---|---|
| 06/28/2025 | 42 | 0.529263 MB | BNC Certificate of Mailing - PDF Document. (related document(s)39 Notice). No. of Notices: 4. Notice Date 06/28/2025. (Admin.) (Entered: 06/29/2025) |
| 06/28/2025 | 41 | 21.367 KB | BNC Certificate of Mailing. (related document(s)38 Deficiency Notice). No. of Notices: 1. Notice Date 06/28/2025. (Admin.) (Entered: 06/29/2025) |
| 06/27/2025 | 45 | 4.627727 MB | Motion to Dismiss Adversary Proceeding for Failure to Join Indispensable Party Filed by Gregory B. Myers . (Attachments: # 1 Exhibit A # 2 Exhibit B) (Arter, Laurie) Additional attachment(s) added on 7/21/2025 (Arter, Laurie). (Entered: 06/30/2025) |
| 06/27/2025 | 43 | 3.254563 MB | Motion to Intervene Filed by Gregory B. Myers . (Arter, Laurie) Additional attachment(s) added on 7/3/2025 (Arter, Laurie). Modified on 7/3/2025. Clerk's Note: Third party complaint filed 7/2/2025 attached to docket entry. (Arter, Laurie). Additional attachment(s) added on 7/21/2025 (Arter, Laurie). (Entered: 06/30/2025) |
| 06/26/2025 | 40 | 1.54101 MB | Initial Transmittal to District Court (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers). (Attachments: # 1 Order to Show Cause why Case Should not be Dismissed for Want of Prosecution # 2 Order Granting Stipulation and Motion to Extend Time # 3 Scheduling Order # 4 Memorandum to Parties # 5 Notice of Evidentiary Hearing # 6 Order Dissolving Show Cause Order After Response # 7 Notice of Evidentiary Hearing # 8 Docket Report) (Arter, Laurie) (Entered: 06/26/2025) |
| 06/26/2025 | 39 | 0.516308 MB | Notice of Filing of Appeal to the U.S. District Court (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 06/26/2025) |
| 06/26/2025 | 38 | 6.206 KB | Deficiency Notice (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers). Cured Pleading (Filing Fee) due by 7/10/2025. (Arter, Laurie) (Entered: 06/26/2025) |
| 06/25/2025 | 37 | 0.516234 MB | Notice of Appeal to District Court Filed by Gregory B. Myers. Receipt Number Fee Due, Fee Amount $298 (related document(s)4 Order to Show Cause, 7 Order on Motion to Extend Time, 15 Scheduling Order, 27 Memorandum, 29 Notice of Hearing, 32 Order Dissolving Show Cause Order, 33 Notice of Hearing). Appellant Designation due by 7/9/2025. (Arter, Laurie) (Entered: 06/26/2025) |
| 06/25/2025 | 36 | 38.808458 MB | Trustee's Exhibit and Witness Lists for Hearing on Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs Filed by Frank J. Mastro (related document(s)17 Application to Compromise Controversy with King Plaintiffs, filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers, 22 Support Document filed by Debtor Gregory B. Myers). (Attachments: # 1 Exhibit 1 - Operating Agreement # 2 Exhibit 2 - Letter # 3 Exhibit 3 - Appraisal # 4 Exhibit 4 - MOU # 5 Exhibit 5 - Emails Jan. 2017 # 6 Exhibit 6 - Emails Oct. 2016 # 7 Exhibit 7 - Emails Nov. 2016 # 8 Exhibit 8 - Email Dec. 2016 # 9 Exhibit 9 - Redfin # 10 Exhibit 10 - Order # 11 Exhibit 11 - Memorandum |

| | | | |
|---|---|---|---|
| | | | Opinion) (Mastro, Frank). Modified on 6/26/2025. Text enhanced to include a descriptive title; Related documents corrected (Arter, Laurie). (Entered: 06/25/2025) |
| 05/16/2025 | 35 | 92.285 KB | BNC Certificate of Mailing - PDF Document. (related document(s)32 Order Dissolving Show Cause Order). No. of Notices: 4. Notice Date 05/16/2025. (Admin.) (Entered: 05/17/2025) |
| 05/16/2025 | 34 | 21.54 KB | BNC Certificate of Mailing - Hearing. (related document(s)33 Notice of Hearing). No. of Notices: 4. Notice Date 05/16/2025. (Admin.) (Entered: 05/17/2025) |
| 05/14/2025 | 33 | 5.105 KB | Notice of Evidentiary Hearing (related document(s)20 Motion for Miscellaneous Relief filed by Defendant Roger Schlossberg, 23 Response filed by Debtor Gregory B. Myers, 24 Response filed by Defendant Roger Schlossberg). Hearing scheduled for 6/30/2025 at 10:00 AM & 7/1/2025 at 10:00 AM - In person hearing Courtroom 3-C Greenbelt, Judge Chavez-Ruark. (Whitfield, Jennifer) (Entered: 05/14/2025) |
| 05/14/2025 | 32 | 74.528 KB | Order Dissolving Show Cause Order After Response (related document(s)4 Order to Show Cause). (Arter, Laurie) (Entered: 05/14/2025) |
| 05/10/2025 | 31 | 21.632 KB | BNC Certificate of Mailing - Hearing. (related document(s)29 Notice of Hearing). No. of Notices: 4. Notice Date 05/10/2025. (Admin.) (Entered: 05/11/2025) |
| 05/08/2025 | 30 | 189.812 KB | BNC Certificate of Mailing - PDF Document. (related document(s)27 Memorandum). No. of Notices: 4. Notice Date 05/08/2025. (Admin.) (Entered: 05/09/2025) |
| 05/08/2025 | 29 | 5.049 KB | Notice of Evidentiary Hearing (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers, 22 Support Document filed by Debtor Gregory B. Myers). Hearing scheduled for 6/30/2025 at 10:00 AM & 7/1/2025 at 10:00 AM. In person hearing Courtroom 3-C Greenbelt, Judge Chavez-Ruark. (Whitfield, Jennifer) (Entered: 05/08/2025) |
| 05/07/2025 | 28 | 120.777 KB | Status Conference Held (related document(s)1 Complaint filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust, 13 Answer to Complaint filed by Defendant Roger Schlossberg) - Evidentiary hearing on settlement motion and claim objections to be held on 6/30/25 and 7/1/25 beginning at 10:00 a.m. both days (in person hearing). Court will issue a hearing notice. (Whitfield, Jennifer) (Entered: 05/08/2025) |
| 05/06/2025 | 27 | 198.09 KB | Memorandum to Parties. (Alexander, Lisa) (Entered: 05/06/2025) |
| 04/03/2025 | 26 | 0.639556 MB | Response on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)25 Document filed by Debtor Gregory B. Myers). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Mailing Information) |

| | | | |
|---|---|---|---|
| | | | (Mastro, Frank) (Entered: 04/03/2025) |
| 03/06/2025 | 25 | 0.812112 MB | Suggestion of Bankruptcy and Request to Stay all Further Proceedings Filed by Gregory B. Myers (related document(s)1 Complaint filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust). (Arter, Laurie) (Entered: 03/07/2025) |
| 02/27/2025 | 24 | 290.742 KB | Response on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)23 Response filed by Debtor Gregory B. Myers, 20 Motion to Strike Debtor's Objection to Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs filed by Defendant Roger Schlossberg). (Attachments: # 1 Mailing Information) (Mastro, Frank). Modified on 2/27/2025. Additional related document added. (Arter, Laurie). (Entered: 02/27/2025) |
| 02/24/2025 | 23 | 0.719428 MB | Response on behalf of Gregory B. Myers Filed by Gregory B. Myers (related document(s)20 Motion to Strike Debtor's Objection to Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs filed by Defendant Roger Schlossberg). (Horning, Kelly) (Entered: 02/25/2025) |
| 02/04/2025 | 22 | 5.590658 MB | Supplement to Gregory B. Myers's Preliminary Objection to the Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs Filed by Gregory B. Myers (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers). (Attachments: # 1 Exhibit H # 2 Exhibit I) (Arter, Laurie) (Entered: 02/05/2025) |
| 02/04/2025 | 21 | 5.584699 MB | DISREGARD; SEE 22 FOR CORRECTION. Supplement to Gregory B. Myers's Preliminary Objection to the Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs Filed by Gregory B. Myers (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers). (Attachments: # 1 Exhibit) (Arter, Laurie) Modified on 2/5/2025 (Arter, Laurie). (Entered: 02/05/2025) |
| 01/31/2025 | 20 | 422.867 KB | Motion *to Strike Debtor's Objection to Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs* Filed by Roger Schlossberg.(related document(s) 19 Objection filed by Debtor Gregory B. Myers) (Attachments: # 1 CMECF Mailing Information # 2 Proposed Order) (Mastro, Frank). Modified on 2/3/2025. Related document added. (Arter, Laurie). (Entered: 01/31/2025) |
| 01/21/2025 | 19 | 14.481547 MB | Preliminary Objection to the Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs on behalf of Gregory B. Myers Filed by Gregory B. Myers (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G) (Arter, Laurie) (Entered: 01/24/2025) |

| | | | |
|---|---|---|---|
| 01/21/2025 | 18 | 14.594165 MB | DISREGARD; SEE 19 FOR CORRECTION. Objection on behalf of Gregory B. Myers Filed by Gregory B. Meyers (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 and Exhibit G # 8) (Hegerle, Robert) Additional attachment(s) added on 1/22/2025 (Arter, Laurie). Modified on 1/22/2025. Corrected spelling of debtor's first name. (Arter, Laurie). (Attachment 9 replaced on 1/23/2025) (Hegerle, Robert). Additional attachment(s) added on 1/23/2025 (Hegerle, Robert). Modified on 1/23/2025 Corrective Entry: Broke down and refiled additional exhibits. (Hegerle, Robert). Modified on 1/23/2025 (Hegerle, Robert). Modified on 1/24/2025 (Arter, Laurie). (Entered: 01/22/2025) |
| 12/30/2024 | 17 | 0.775548 MB | Application to Compromise Controversy with King Plaintiffs, Filed by Roger Schlossberg. (Attachments: # 1 Notice of Motion # 2 Proposed Order # 3 Certificate of Service # 4 Certificate of Service # 5 List of All Creditors) (Mastro, Frank) (Entered: 12/30/2024) |
| 04/28/2024 | 16 | 169.4 KB | BNC Certificate of Mailing - PDF Document. (related document(s)15 Scheduling Order). No. of Notices: 3. Notice Date 04/28/2024. (Admin.) (Entered: 04/29/2024) |
| 04/26/2024 | 15 | 158.121 KB | Scheduling Order (related document(s)1 Complaint filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust, 13 Answer to Complaint filed by Defendant Roger Schlossberg). Expert Witness and Reports due by 8/30/2024. Discovery due by 10/31/2024. Dispositive Motions due by 1/31/2025. Exhibit List, Exhibits, and List of Witnesses due by 3/31/2025. Counter-Designation due by 4/14/2025. Written Objections to Exhibits due by 4/29/2025. Pre-Trial Memoranda due by 4/29/2025. Final Pre-Trial Conference set for 5/7/2025 at 10:00 AM by videoconference or teleconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688. Trial date-1 set for 5/12/2025 at 10:00 AM in person at 6500 Cherrywood Lane, Courtroom 3C, Greenbelt, MD 20770. Trial date-2 set for 5/13/2025 at 10:00 AM in person at 6500 Cherrywood Lane, Courtroom 3C, Greenbelt, MD 20770. (Arter, Laurie) (Entered: 04/26/2024) |
| 04/19/2024 | 14 | 161.385 KB | General Provisions Governing Discovery - *Joint Rule 26(f) Report* Filed by Frank J. Mastro (related document(s)1 Complaint filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust). (Mastro, Frank) (Entered: 04/19/2024) |
| 04/15/2024 | 13 | 175.894 KB | Answer to Complaint Filed by Roger Schlossberg. (Mastro, Frank) (Entered: 04/15/2024) |
| 03/20/2024 | 12 | 20.606 KB | Affidavit of Summons Service Executed on Roger Schlossberg 3/10/2024. (VerStandig, Maurice) (Entered: 03/20/2024) |
| 03/15/2024 | 11 | 24.897 KB | BNC Certificate of Mailing - PDF Document. (related document(s)9 Court Instruction). No. of Notices: 3. Notice Date 03/15/2024. (Admin.) (Entered: 03/16/2024) |

| | | | |
|---|---|---|---|
| 03/14/2024 | 10 | 221.332 KB | BNC Certificate of Mailing - PDF Document. (related document(s)7 Order on Motion to Extend Time). No. of Notices: 4. Notice Date 03/14/2024. (Admin.) (Entered: 03/15/2024) |
| 03/13/2024 | 9 | ☑ 6.25 KB | Court Instruction: The Court has considered the plaintiffs' response to the show cause order and welcomes the parties' settlement discussions. However, this does not excuse the plaintiffs from filing proof of service under Bankruptcy Rule 7004(e) and Local Bankruptcy Rule 7004-1. The plaintiffs are directed to file proof of service by March 20, 2024. (related document(s)4 Order to Show Cause, 8 Response to Show Cause Order filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust). (Arter, Laurie) (Entered: 03/13/2024) |
| 03/12/2024 | 8 | ☑ 81.069 KB | Response to Show Cause Order on behalf of Cristina and Brian King Children's Trust, Brian King, Cristina King Filed by Maurice Belmont VerStandig (related document(s)4 Order to Show Cause). (VerStandig, Maurice) (Entered: 03/12/2024) |
| 03/12/2024 | | | Roger Schlossberg Answer Deadline Reset for 4/15/2024. (Arter, Laurie) (Entered: 03/12/2024) |
| 03/12/2024 | 7 | 209.625 KB | Order Granting Stipulation and Motion to Extend Time (related document(s): 6 Stipulation and Motion to Extend Time to File an Answer to the Complaint Filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust). The date for the defendant to file a response is extended through and including 4/15/2024. The pretrial conference is rescheduled to 4/24/2024 at 10:00 a.m. by videoconference. (Arter, Laurie) (Entered: 03/12/2024) |
| 03/10/2024 | 6 | 183.752 KB | Stipulation and Motion to Extend Time to File an Answer to the Complaint Through and Including April 15, 2024 Filed by Cristina and Brian King Children's Trust, Brian King, Cristina King. (Attachments: # 1 Proposed Order) (VerStandig, Maurice) Modified on 3/11/2024. Text enhanced to include a descriptive title. (Arter, Laurie). (Entered: 03/10/2024) |
| 02/29/2024 | 5 | 167.567 KB | BNC Certificate of Mailing - PDF Document. (related document(s)4 Order to Show Cause). No. of Notices: 3. Notice Date 02/29/2024. (Admin.) (Entered: 03/01/2024) |
| 02/27/2024 | 4 | 158.915 KB | SHOW CAUSE ORDER DISSOLVED AT 32. Order to Show Cause why Case Should not be Dismissed for Want of Prosecution. Response to Show Cause Order due by 3/12/2024. (Arter, Laurie)Modified on 5/14/2025 (Arter, Laurie). (Entered: 02/27/2024) |
| 01/18/2024 | 3 | 104.446 KB | BNC Certificate of Mailing. (related document(s)2 Summons Issued). No. of Notices: 3. Notice Date 01/18/2024. (Admin.) (Entered: 01/19/2024) |
| 01/16/2024 | 2 | 169.698 KB | Summons Issued on Roger Schlossberg Date Issued 1/16/2024, Answer Due 2/15/2024 (related document(s)1 Complaint filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and |

| | | | |
|---|---|---|---|
| | | | Brian King Children's Trust). Pre-Trial Conference set for 3/13/2024 at 10:00 AM by videoconference or teleconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688. (Arter, Laurie) (Entered: 01/16/2024) |
| 01/10/2024 | | | Receipt of filing fee for Complaint( 24-00007) [cmp,cmp] ( 350.00). Receipt number A41696021. Fee amount 350.00 (re: Doc # 1) (U.S. Treasury) (Entered: 01/10/2024) |
| 01/10/2024 | 1 | ☑ 152.224 KB | Adversary case 24-00007. (91 (Declaratory judgment)) Complaint by Maurice Belmont VerStandig on behalf of Brian King, Cristina King, Cristina and Brian King Children's Trust against Roger Schlossberg. Fee Amount $350. (VerStandig, Maurice) Modified on 1/22/2025. Corrected spelling of debtor's first name. (Arter, Laurie). (Entered: 01/10/2024) |

View Selected
or
Download Selected

Total file size of selected documents (MB): 202.466785
Maximum file size allowed (MB): 250