**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re:<br><br>GREGORY B. MYERS,<br><br>Debtor, | ) | Case No. 15-26033-MCR |
| BRIAN KING, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROGER SCHLOSSBERG, in His Official Capacity as Chapter 7 Trustee of the Bankruptcy Estate of Gregory B. Myers,<br><br>Defendant. | ) | Adversary Case No. 24-00007-MCR |

**<u>RESPONSE TO ORDER TO SHOW CAUSE</u>**

Come now Brian King ("Mr. King"), Cristina King ("Mrs. King"), and Brian King in his capacity as trustee of the Cristina and Brian King Children's Trust (the "Trustee of the Children's Trust," with the trust itself being known as the "Children's Trust")) (Mr. King, Mrs. King, and the Trustee of the Children's Trust being collectively known as the "Plaintiffs" and each sometimes being known as a "Plaintiff"), by and through undersigned counsel, pursuant to this Honorable Court's Order to Show Cause Why Complaint Should Not be Dismissed for Want of Prosecution (the "Order," as found at DE #4), and state as follows:

Following entry of the Order, the Plaintiffs entered into a stipulation with the defendant herein, governing service of process and the ensuing date upon which a responsive pleading will come due. DE #6. This Honorable Court thereafter granted the relief sought in the stipulation. DE

#7. As a result, the defendant has now been deemed served, and the docket herein evidences the active prosecution of this matter, even if such prosecution is presently taking the primary form of settlement negotiations. *Id.*

WHEREFORE, the Plaintiffs respectfully pray this Honorable Court (i) dissolve the Order; and (ii) afford such other and further relief as may be just and proper.

Respectfully Submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
1452 W. Horizon Ridge Pkwy., #665
Henderson, Nevada 89012
Phone: 301-444-4600
E-mail: mac@mbvesq.com
*Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of March 2024, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, which is currently solely comprised of the undersigned.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.