**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re:<br><br>GREGORY B. MYERS,<br><br>Debtor, | ) | Case No. 15-26033-MCR |
| BRIAN KING, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROGER SCHLOSSBERG, in His Official Capacity as Chapter 7 Trustee of the Bankruptcy Estate of Gregory B. Myers,<br><br>Defendant. | ) | Adversary Case No. 24-00007-MCR |

**PROOF OF SERVICE**

I HEREBY CERTIFY that by stipulation of all parties hereto (DE #6, DE #7), the sole defendant in this proceeding has waived formal service of process and agreed to regard himself as being properly served (without agreeing to waive any defenses other than those to sufficiency of process), with said agreement being denoted in writing on March 10, 2024.

Respectfully Submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
1452 W. Horizon Ridge Pkwy., #665
Henderson, Nevada 89012
Phone: 301-444-4600
E-mail: mac@mbvesq.com
*Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of March 2024, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, which is currently solely comprised of the undersigned.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.