Entered: April 26th, 2024
Signed: April 25th, 2024

**SO ORDERED**

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**AT GREENBELT**

| | |
|---|---|
| In re:<br><br>GREGORY B. MYERS,<br><br>Debtor. | Case Number: 15-26033-MCR<br>Chapter 7 |
| BRIAN KING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROGER SCHLOSSBERG, TRUSTEE,<br><br>Defendant. | Adversary Number: 24-00007-MCR |

**<u>SCHEDULING ORDER</u>**

For good cause appearing, IT IS ORDERED:

1. Under Local Bankruptcy Rule 7012-1, all parties have consented, or are deemed to have consented, to entry of final orders or judgments by the presiding bankruptcy judge.

2. The parties shall comply with the initial disclosure requirements set forth in Fed. R. Civ. P. 26(a)(1).

3. Expert witnesses and reports shall be disclosed as set forth in Fed. R. Civ. P. 26(a)(2) by August 30, 2024.

4. Discovery shall be completed by October 31, 2024.

5. Dispositive motions shall be filed and served by January 31, 2025.

6. A party must electronically pre-file its witness list, exhibit list, and all exhibits (except those to be used solely for rebuttal purposes) on the Court's docket using CM/ECF by March 31, 2025 as set forth herein and in Local Bankruptcy Rule 7016-1(c). Each party shall attach the exhibits to the exhibit list with each exhibit appearing as a separate attachment and each exhibit labelled and numbered. To the extent there is a conflict between this Order and Local Bankruptcy Rule 7016-1(c), this Order shall govern. Any exhibit that is not pre-filed as required by this Order may be excluded from evidence. The party must furnish a complete copy of the witness list, exhibit list, and all exhibits to each other party to the adversary proceeding at the time they are filed.

7. A party's pre-filed exhibits shall include any portion of a deposition transcript that will be offered by the party in its case in chief, and the party must identify the witness, date, and line and page references in the deposition transcript that the party intends to offer. Any other party must make a counter-designation of other parts of the deposition transcript to be offered, as set forth in Fed. R. Civ. P. 32(a)(6), by April 14, 2025.

8. The deadline to object to exhibits and witnesses is April 29, 2025. Exhibits not timely objected to in writing may be admitted if offered, and witnesses not timely objected to in writing may be allowed to testify if called.

9. Each party must file a pretrial statement, as set forth in Local Bankruptcy 7016-1(b), by April 29, 2025.

10. A final pretrial conference shall be held on May 7, 2025 at 10:00 a.m. Unless the parties are notified otherwise, the final pretrial conference will be conducted by videoconference.

11. The parties estimated that the length of the trial will be two (2) days.

12. Trial is scheduled for May 12-13, 2025 at 10:00 a.m., 6500 Cherrywood Lane, Courtroom 3C, Greenbelt, MD 20770.

13. Failure to comply with this Order may result in sanctions being imposed by the Court on the offending party, including but not limited to dismissal of the action.

14. All parties are advised to review carefully Local Bankruptcy Rule 9037-1 concerning their obligations to limit the introduction of private information and to review transcripts to redact private information.

15. The parties shall read, be familiar with, and comply with the Court's Protocol for In-Person Hearings (https://www.mdb.uscourts.gov/judges-info/judge/maria-ellena-chavez-ruark).

cc: All parties
All counsel of record

**END OF ORDER**