IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re:<br>GREGORY B. MYERS,<br>Debtor. | ) | Case No. 15-26033-MCR<br>(Chapter 7) |
| BRIAN KING, *et al*.,<br>Plaintiffs,<br><br>v.<br><br>ROGER SCHLOSSBERG, TRUSTEE,<br>Defendant. | ) | Adv. No.: 24-00007 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 30th day of December 2024, a copy of the *Notice of Trustee's Proposed Compromise and Settlement with King Plaintiffs* was sent to all of the parties listed on the attached CMECF Mail List (via electronic mail to those individuals listed on the Electronic Mail Notice List and via first-class mail, postage prepaid, to those individuals listed on the Manual Notice List) as well as via first-class mail, postage prepaid, to all parties listed on the attached Mailing Matrix as filed in these proceedings.

Respectfully submitted,

SCHLOSSBERG | MASTRO

By: */s/ Frank J. Mastro*
Frank J. Mastro #24679
Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742
(301) 739-8610
fmastro@schlosslaw.com
*Attorneys for Defendant,*
*Roger Schlossberg, Trustee*