UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
www.mdd.uscourts.gov

OFFICIAL BUSINESS

CAPITAL DISTRICT 208
1 SEP 2026 PM 3 L

$0.780
US POSTAGE IMI
FIRST-CLASS
063S0001443286
FROM 20770
S99866.074

Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, FL 34102

FILED ENTERED
LOGGED RECEIVED

SEP 29 2026

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

NIXIE 326 DE 1 0009/24/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 20770124999 *0220-01043-01-04

FWD
UTF