Case 8:26-cv-02866-TDC Document 8 Filed 08/28/26 Page 1 of 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
David E. Ciambruschini, Chief Deputy

Reply to Southern Division Address

FILED / LOGGED / ENTERED / RECEIVED
SEP 29
DISTRICT OF MARYLAND
BY DEPUTY

August 28, 2026

RE: Myers v. Schlossberg, et al.
TDC 26-cv-2866
24-7/15-26033

Dear Counsel/Party:

The Designation of Record for the above-captioned bankruptcy appeal was docketed on August 28, 2026. Briefs must be filed and served in accordance with Bankruptcy Rule 8018. Appellant's brief is due within thirty (30) days from the date the Designation of Record is docketed.

The case is subject to this Court's electronic filing requirements and procedures.

☒ One or more of the parties in this case is not represented by counsel ("*pro se*"). *Pro se* parties are to file and serve documents in paper format. The court will scan and electronically file any documents submitted by a *pro se* party unless a particular document is exempt from electronic filing. The scanned document shall constitute the official court record. The court will mail paper copies of any orders or other documents entered by the court to any *pro se* party. Counsel shall file electronically with the court and serve paper copies of all documents on any *pro se* party. Documents filed electronically must include a certificate of service stating when and how a paper copy was served on any *pro se* party.

Sincerely yours,

/s/
Catherine M. Stavlas, Clerk

cc: All counsel/parties

Bankruptcy Letter to Counsel (Rev. 04/2015)