# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Gregory B. Myers *

Appellant *

v. * Case No. 8:26-cv-02866-TDC

Roger Schlossberg , et al. *

Appellees

## NOTICE OF FILING OF PHYSICAL EXHIBIT

Proposed flash drive submitted as an attachment to Response in Opposition to Motion to Strike and Motion for Leave to file Proposed Corrected Appellant's Opening Brief.