CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

$0.780
US POSTAGE IMI
FIRST-CLASS
063S0001443210
FROM 21201
B89545.11

CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
AT BALTIMORE
BY DEPUTY
NOV 6 2026
FILED
LOGGED
ENTERED
RECEIVED

NIXIE 339 5C 1 0211/02/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 21201260599 *2780-00494-23-10

Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, FL 34102

FWD